# UNITED STATES DISTRICT COURT
for the
### Western District of Kentucky
### Louisville Division

| | |
|---|---|
| Arthur Odom and<br>Amie Odom<br>    *Plaintiffs*<br><br>v.<br><br>First Source Advantage, LLC<br>    *Defendant* | )<br>)<br>)<br>)<br>)   Case No. 3:15-cv-00725-DJH-DW<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to Fed. R. Civ. P. 41 Plaintiffs hereby gives notice that they are dismissing without prejudice their claims against First Source Advantage, LLC. This Notice does not, and is not intended to affect the Plaintiffs' claims against any other party to this action.

Respectfully Submitted,

_____
**James H. Lawson**
*Lawson at Law, PLLC*
115 S. Sherrin Avenue
Suite #4
Louisville, KY 40207
(502) 473-6525
Email: james@kyconsumerlaw.com

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that on the 7th day of December, 2015, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic to all counsel and parties of record.

      /s/ James H. Lawson  
      James H. Lawson  
      *Counsel for Plaintiff*