UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| ARTHUR ODOM and<br>AMIE ODOM, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CASE NO.   3:15-cv-00725-DJH-DW |
| GLA COLLECTION CO., INC., et al | ) ) | |
| Defendant | ) | |

**AGREED ORDER ENLARGING TIME TO
ANSWER OR OTHERWISE PLEAD**

The Plaintiffs, Arthur Odom and Amie Odom, by counsel and the Defendant, GLA Collection Co., Inc., by counsel, have agreed to grant Defendant, GLA Collection Co., Inc. an additional twenty-eight (28) days to Answer or Otherwise Plead to Plaintiff's Complaint to and including November 5, 2015, and the Agreed Order being submitted for the consideration of the Court, and the Court being duly advised in the premises, it is hereby

***ORDERED*** that the time within which the Defendant, GLA Collection Co., Inc., may answer or otherwise respond to Plaintiff's Complaint be and hereby is extended to and including November 5, 2015.

*DATED* _____

_____
Judge, U.S. District Court

Agreed to by:

/s/ William E. Smith, III
William E. Smith, III
KIGHTLINGER & GRAY, LLP
BY:    William E. Smith, III
Counsel for GLA Collection Co., Inc.
312 South Fourth Street
Suite 700
Louisville, KY 40202
PHONE:  (502) 442-2295
FAX:    (502) 442-2703
E-Mail:   wsmith@k-glaw.com

/s/ James H. Lawson (signed with permission)
James H. Lawson
LAWSON AT LAW, PLLC
115 S. Sherrin Ave., Suite 4
Louisville, KY 40207
502-473-6525
502-273-6561 (fax)
james@kyclc.com
Counsel for Plaintiffs, Arthur Odom and Amie Odom

TENDERED BY:

/s/ William E. Smith, III
KIGHTLINGER & GRAY, LLP
BY:    William E. Smith, III
Counsel for GLA Collection Co., Inc.
312 South Fourth Street
Suite 700
Louisville, KY 40202
PHONE:  (502) 442-2295
FAX:    (502) 442-2703
E-Mail:   wsmith@k-glaw.com

DISTRIBUTION TO:

James H. Lawson – james@kyclc.com  *(Counsel for Plaintiffs)*
William E. Smith, III –wsmith@k-glaw.com *(Counsel for Defendant)*

777777\3016073-1