UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

ARTHUR ODOM and AMIE ODOM,                                        Plaintiffs,

v.                                          Civil Action No. 3:15-cv-725-DJH

GLA COLLECTION, CO., INC., et al.,                            Defendants.

\* \* \* \* \*

### ORDER

The parties having agreed to a settlement of all matters in this case (Docket No. 22), and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action is **DISMISSED** without prejudice. All pending motions are **DENIED** as moot. All dates and deadlines are **VACATED**.

The parties shall tender an agreed order of dismissal with prejudice within **thirty (30) days** of the date of entry of this Order. The Court will entertain a motion to redocket the action within thirty (30) days of the date of entry of this Order in the event the settlement is not consummated.

March 18, 2016

                                                                            **David J. Hale, Judge**
                                                           **United States District Court**